379 A.2d 307

**COMMONWEALTH of Pennsylvania**

v.

**Steven Thomas YORK, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1977.

Decided Oct. 28, 1977.

Michael A. Etkin, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION

PER CURIAM.

Order affirmed.